SEYMOUR *against* DEYO, Sheriff of Ulster.

IN debt for an escape, the plaintiff was nonsuited at the circuit, (March, 1824) and a case was made with a view to set the nonsuit aside, which was now on the calendar. After May term last, the plaintiff died ; and

C. H. *Ruggles*, now moved for a rule that the cause should be stricken off, and that the defendant have judgment for costs.

The court will not hear a motion to set aside a nonsuit at the trial, the plaintiff having since died and the only effect obviously being merely to unsettle the question or costs.

*J. Sudam*, contra.

*Curia.* We cannot hear the question upon the nonsuit argued, merely to unsettle the question as to costs. This would be its only effect. Granting a new trial rests in the sound discretion of the court ; and we have refused to do this, where it was plain that the only effect would be a recovery of nominal damages. The present case is analogous in principle ; and the motion must be granted.

Rule accordingly.(*a*)

(*a*) Vid. *Brantingham* v. *Fay*, (1 John. Cas. 255.)